## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NEW YORK
## BROOKLYN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ZOEY PATRINA MAXWELL | § | CASE NO. 109-49522-ESS |
| | § | CHAPTER 13 |
| AKA ZOEY MAXWELL-DAVIS | § | |
| | § | JUDGE ELIZABETH S. STONG |

### REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**Litton Loan Servicing, LP**
**P. O. Box 829009**
**Dallas, Texas 75382-9009**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Hilary B. Bonial

Hilary B. Bonial

F# 5151-N-8825
9441 LBJ Freeway, Suite 350
Dallas, Texas  75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for Litton Loan Servicing, LP

# CERTIFICATE OF SERVICE

       I, Hilary B. Bonial, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before November 10, 2009:

**Debtors' Attorney**
Zoey Patrina Maxwell
Debtor Pro Se
202-13 109 Ave
Hollis, NY 11412

**Chapter 13 Trustee**
Marianne DeRosa
100 Jericho Quadrangle, Suite 208
Jericho, New York 11753

**U.S. Trustee**
Office of the US Trustee
560 Federal Plaza
Central Islip, New York 11722-4456


                                                     /s/ Hilary B. Bonial

                                                     Hilary B. Bonial


5151-N-8825
noaelect